## No. 13,928.

DENVER JOINT STOCK LAND BANK OF DENVER *v.* COLE.
(66 P. [2d] 1278)

Decided March 29, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Knous and Mr. Justice Holland participating.

Mr. HOWARD ROEPNACK, Mr. DAVID J. MILLER, for plaintiff in error.

Messrs. RINN & CONNELL, for defendant in error.